UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ALEXANDER PEREZ,

Defendant.

Case No. 10-CR-430 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

On August 17, 2020, the Court received a Motion for Early Termination of Supervised Release and Probation Pursuant to Title 18 U.S.C. § 3583(e)(1) (the "Motion"), submitted by Alexander Perez ("Defendant"). Because the Motion contains substantial amounts of sensitive and private information, the Court has filed it under seal. A copy of the Motion has been provided to the United States Attorney's Office for the Southern District of New York (the "Government") and the United States Probation Department for the Southern District of New York.

The Government is to file a response to Defendant's Motion by no later than September 18, 2020.

SO ORDERED.

Dated: August 19, 2020
       White Plains, New York

_____
KENNETH M. KARAS
United States District Judge